# EXHIBIT "F"

COUNTY COURT OF THE STATE OF NEW YORK   FEE:$5.00
NASSAU COUNTY
COUNTY COURT HOUSE
262 OLD COUNTRY ROAD
MINEOLA, NY  11501

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 04/20/2012                CERTIFICATE OF DISPOSITION NUMBER: 15483

PEOPLE OF THE STATE OF NEW YORK
VS.
```
CASE NUMBER:            01865N-2010
LOWER COURT NUMBER(S):  2009NA001822
DATE OF ARREST:         01/21/2009
ARREST #:               R0001267
DATE OF BIRTH:          10/02/1955
DATE FILED:             08/24/2010
```

POWELL, FREDERIC

DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 03/29/2011 THE ABOVE NAMED DEFENDANT WAS CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE   MCCORMACK,J THEN A JUSTICE OF THIS COURT.

GRAND LARCENY 2nd DEGREE PL  155.40 00 CF
CRIMINAL POSSESSION OF A FORGED INSTRUMENT 2nd DEGREE PL   170.25 00 DF

THAT ON 01/18/2012, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE MCCORMACK,J   THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT TO

GRAND LARCENY 2nd DEGREE PL  155.40 00 CF
IMPRISONMENT =    1 YEAR(S)
CONCURRENT TO: 01794N-2010

CRIMINAL POSSESSION OF A FORGED INSTRUMENT 2nd DEGREE PL   170.25 00 DF
IMPRISONMENT =    1 YEAR(S)

RESTITUTION = $424,500
CVAF = $20 (JUDGMENT ORDERED)
DNA  = $50 (JUDGMENT ORDERED)
SURCHARGE = $250 (JUDGMENT ORDERED)

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 04/20/2012.

*Maureen O'Connell*
CLERK OF COURT

COUNTY COURT OF THE STATE OF NEW YORK  FEE:$5.00
NASSAU COUNTY
COUNTY COURT HOUSE
262 OLD COUNTRY ROAD
MINEOLA, NY 11501

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 04/20/2012

CERTIFICATE OF DISPOSITION NUMBER: 15484

PEOPLE OF THE STATE OF NEW YORK
VS.

CASE NUMBER:           01794N-2010
LOWER COURT NUMBER(S): 2010NA005782
DATE OF ARREST:        03/04/2010
ARREST #:              00520946
DATE OF BIRTH:         10/02/1955
DATE FILED:            08/12/2010

POWELL, FREDERIC
--------------------
       DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 03/29/2011 THE ABOVE NAMED DEFENDANT WAS CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE MCCORMACK,J THEN A JUSTICE OF THIS COURT.

ATTEMPTED BRIBERY 3rd DEGREE PL  110-200.00 00 EF

THAT ON 01/18/2012, UPON THE AFORESAID CONVICTION BY PLEA THE HONORABLE MCCORMACK,J THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT TO

ATTEMPTED BRIBERY 3rd DEGREE PL  110-200.00 00 EF
IMPRISONMENT =   1 YEAR(S)
CONCURRENT TO: 01865N-2010


CVAF = $25 (JUDGMENT ORDERED)
DNA = $50 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)


IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 04/20/2012.

*Maureen O'Connell*
--------------------
         CLERK OF COURT